JULIAN BENEDICT, Respondent, *v.* ROBERT S. SMITH, Appellant.

Reported below, 130 App. Div. ——.

(Argued February 8, 1909; decided February 16, 1909.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 13, 1909, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action for money had and received.

The motion was made upon the ground that the action was in reality one to recover for services, and, therefore, the affirmance by the Appellate Division being unanimous, unappealable to the Court of Appeals.

*Robert L. Stanton* for motion.

*Philip S. Hill* opposed.

Motion denied, with ten dollars costs.

---

In the Matter of the Accounting of JOHN J. COLLINS, as Executor of DAVID PEARSON, Deceased.

ST. MARY'S HOSPITAL OF THE CITY OF BROOKLYN, Appellant; JOHN J. COLLINS, as Executor, et al., Respondents.

(Submitted February 8, 1909; decided February 16, 1909.)

Motion for re-argument denied, without costs. (See 194 N. Y. 540.)

---

In the Matter of the Application of the MAYOR, ALDERMEN AND COMMONALTY OF THE CITY OF NEW YORK Relative to Acquiring Title to Property Necessary for the Improvement of the Waterfront on the North River.

THE CITY OF NEW YORK et al., Appellants; THE AMERICAN ICE COMPANY, Respondent.

(Submitted February 8, 1909; decided February 16, 1909.)

Motion for final order and to amend remittitur denied, with ten dollars costs. (See 193 N. Y. 503.)